UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS OMAR RAMIREZ MARTINEZ | CIVIL ACTION |
| VERSUS | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | No. 25-1050-JWD-SDJ |

**ORDER**

This matter is before the Court on a Petition for Writ of Habeas Corpus filed on November 19, 2025, by Carlos Omar Ramirez Martinez. A review of the record indicates that Petitioner has not paid the Court's filing fee or filed a motion to proceed *in forma pauperis*.[1]

Therefore,

**IT IS ORDERED** that Petitioner shall file a Motion to Proceed *in forma pauperis* **OR** pay $5.00, the full amount of the Court's filing fee for habeas petitions, within **thirty (30) days** from the date of this Order. Failure to pay the filing fee or file a Motion to Proceed *in forma pauperis* within 30 days may result in the dismissal of Plaintiff's Complaint without further notice from the Court.

Signed in Baton Rouge, Louisiana, on January 20, 2026.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] A motion to proceed *in forma pauperis* is a declaration that the petitioner does not have sufficient funds to pay the filing fee. A petitioner does not need to spend his last dollar to afford the fee—rather, petitioners held in civil immigration detention should represent to the Court what money they currently have access to, if any, and if they are earning any income. The Court will determine whether to grant *pauper* status, which will allow the petitioner to proceed without paying.