UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS OMAR RAMIREZ MARTINEZ** | **CIVIL ACTION** |
| **VERSUS** | |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT** | **No. 25-1050-JWD-SDJ** |

## ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Carlos Omar Ramirez Martinez. Petitioner is an immigration detainee at Camp 57, the ICE detention center at Angola prison. He challenges the legality of his continued detention. However, Petitioner does not provide the Court with enough information to determine whether he is entitled to relief. And so, he must amend the Petition.

In his Petition, Petitioner alleges that he is being held at Camp 57 on an immigration charge and that an Immigration Judge granted deferral of removal. He further states that he was taken into custody on May 17, 2024, and that his removal order was entered on December 31, 2024. Petitioner alleges that he is being held beyond the statutory removal period and is unlikely to be removed in the near future.

The United States Supreme Court has held that a noncitizen may be detained post-removal order only for "a period reasonably necessary to bring about that [noncitizen]'s removal from the United States." *Zadvydas v. Davis*, 533 U.S. 678, 689 (2001). If the noncitizen "provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future," the Government must either rebut that showing or release him. *Id.*

Here, Petitioner has said that there is no likelihood of removal, but he has not told the Court why he believes this to be true. Petitioner must submit an amended Petition stating why removal is not likely to occur in the reasonably foreseeable future. This should include information about his nationality, any efforts to deport him (e.g., if the government has tried to deport him, to where, and if any countries have refused to receive him), and any other information or evidence supporting the claim that removal is not foreseeable.

Because the Court needs this additional information,

**IT IS ORDERED** that Petitioner shall **filed an amended Petition** with the information requested above within **thirty (30) days of this order**. Failure to do so may result in dismissal of this case without further notice.

Signed in Baton Rouge, Louisiana, on January 20, 2026.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**